UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | Case No.: 21-cr-160 |
| | : | |
| | : | |
| **KUEHNE ET AL.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Christopher K. Veatch is entering his appearance in this matter on behalf of the United States.

                                        Respectfully submitted,

                                        CHANNING D. PHILLIPS
                                        ACTING UNITED STATES ATTORNEY
                                        D.C. Bar No. 415793

By:       */s/ Christopher K. Veatch*
              Christopher K. Veatch
              Assistant United States Attorney
              Detailee
              IL Bar No. 6276097
              555 Fourth Street, N.W.
              Washington, D.C. 20530
              (312) 886-3389
              christopher.veatch@usdoj.gov

## CERTIFICATE OF SERVICE

On this 3rd day of March, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                         */s/ Alexis J. Loeb*
                                         Alexis J. Loeb
                                         Assistant United States Attorney
                                         Detailee
                                         CA Bar No. 269895
                                         555 4th St. NW
                                         Washington, D.C. 20530
                                         alexis.loeb@usdoj.gov
                                         (415) 436-7168