AO 442 (Rev. 11/11) Arrest Warrant

FD 1-38954

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Ryan Ashlock | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Ryan Ashlock,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.

Digitally signed by G. Michael Harvey
Date: 2021.02.18 20:37:03 -05'00'

Date:     02/18/2021

G. Michael Harvey, U.S. Magistrate Judge

City and state:     Washington, D.C.

*Printed name and title*

### Return

This warrant was received on *(date)* 02/22/2021, and the person was arrested on *(date)* 02/22/2021
at *(city and state)* Lenexa, KS.

Date: 02/22/2021

*Arresting officer's signature*

SA Josh Valler
*Printed name and title*