# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | Case No. 21-cr-00160-TJK |
| | * | |
| **RYAN ASHLOCK** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENT TO PREVIOUSLY FILED UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE

**COMES NOW** the Defendant, Ryan Ashlock, by and through his attorneys, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., and respectfully submits this supplement to his previously filed unopposed motion to temporarily modify conditions of release. In support thereof, counsel state the following.

1. Earlier today, Mr. Ashlock filed an unopposed motion to temporarily modify conditions of release, such that he be permitted to leave his home freely during the Thanksgiving Holiday, from Wednesday November 24, 2021 to November 28, 2021.

2. Earlier today, undersigned counsel contacted Officer Diana Kerns from Pretrial Services seeking her position on this motion. Although very little time had elapsed, undersigned counsel did not hear back from Officer Kerns prior to filing his motion.

1

3. At this time, undersigned counsel can confirm that Officer Kerns does not consent to the relief as requested. Officer Kerns indicated Pretrial Services would consent to an easing of restrictions, namely permitting Mr. Ashlock to leave his home on a curfew on Thursday, November 25, 2021 from the hours of 8 a.m. to 8 p.m.

4. Mr. Ashlock respectfully submits this supplement to his previously filed motion, and asks this Court to temporarily modify his conditions of release such that he be permitted leave his home during the Thanksgiving Holiday, from Wednesday November 24, 2021 to November 28, 2021. Respectfully submitted.

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on this day, November 23, 2021, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

/s/
_____
Michael E. Lawlor