IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | Case No. 21-cr-00160-TJK |
| | * | |
| **RYAN ASHLOCK** | * | |
| | * | |

* * * * * * * * * * * * *

## UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE

**COMES NOW** the Defendant, Ryan Ashlock, by and through his attorneys, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., and respectfully requests that this Honorable Court temporarily modify the conditions of release in this case. In support of this motion, counsel states the following.

1. Mr. Ashlock made his initial appearance before this Court and was released on pre-trial conditions on February 26, 2021. Specifically, this Court ordered that Mr. Ashlock be placed on personal recognizance with home detention and location monitoring.

2. Since that time, Mr. Ashlock has complied with all conditions of his pre-trial release.

3. At this time, Mr. Ashlock respectfully asks this Court to temporarily modify his conditions of release such that he be permitted to attend a work Christmas party on Saturday, December 11, 2021 from 5:00 p.m. to 12:00 a.m.

1

4.      Undersigned counsel contacted Assistant United States Attorney Christopher Veatch about the instant request. At this time undersigned counsel is authorized to state that the United States <u>consents</u> to this request.

5.      For these reasons, Mr. Ashlock respectfully asks this Court to temporarily modify his conditions of release such that he be permitted to attend a work Christmas party on Saturday, December 11, 2021 from 5:00 p.m. to 12:00 a.m.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 10, 2021, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

/s/
_____
Michael E. Lawlor