UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:21-cr-160-6 (TJK) |
| v. | : | |
| | : | |
| RYAN ASHLOCK, | : | |
| | : | |
| Defendant | : | |

NOTICE OF FILING OF VIDEO EXHIBITS

The United States hereby gives notice that it has delivered to chambers two video files, named "Gov Ex B - Ashlock tearing fence at 2.33.mp4" and "Gov Ex C - Ashlock pulling barricade.mp4," both of which were referenced in the government's Sentencing Memorandum [ECF 169] in the above-captioned case.  Copies of the videos have also been provided to the defendant.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Conor Mulroe
CONOR MULROE, NY Bar No. 5289640
Trial Attorney
U.S. Department of Justice, Criminal Division
1301 New York Ave. NW, Suite 700
Washington, D.C. 20530
(202) 330-1788
Conor.Mulroe@usdoj.gov