UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 21-CR-160 (TJK) |
| | : | |
| **CHRISTOPHER KUEHNE et al,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Michael M. Gordon who may be contacted by telephone at (813) 274-6370 or by email at michael.gordon3@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                DC Bar No. 481052

      By:  */s/ Michael M. Gordon*
          Michael M. Gordon
          Assistant United States Attorney, Detailee
          601 D Street, N.W.
          Washington, D.C. 20530
          Telephone No. 813-274-6370
          michael.gordon3@usdoj.gov